# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA NEVRATAKIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-192-MAT<br><br><br><br>~~PROPOSED~~ ORDER FOR EAJA FEES |

Based on the stipulation between the parties, it is hereby ORDERED that attorney fees in the amount of $1,201.00 and expenses in the amount of $15.87 will be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this  19th  day of  May, 2005.

                                        s/ Mary Alice Theiler
                                        UNITED STATES MAGISTRATE JUDGE

Page 1         ~~PROPOSED~~ ORDER - [C05-192-MAT]

Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2         ~~PROPOSED~~ ORDER - [C05-192-MAT]